# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137611

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DETROIT INTERNATIONAL BRIDGE
COMPANY,
      Plaintiff-Appellant,

v

                                  SC: 137611
                                  COA: 276225

COMMODITIES EXPORT CORPORATION
and WALTER LUBIENSKI,
           Defendants-Appellees.
                                  Wayne CC: 06-625778-CC

_____/

      On order of the Court, the application for leave to appeal the July 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk